UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ELIJAH HAWKE CHAVEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV421-231 |
| ) | |
| CORRECTIONAL OFFICER ) | |
| HENSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court directed *pro se* plaintiff Elijah Hawke Chavez to show cause why his case should not be dismissed for his failure to keep the Court apprised of his current address. *See* doc. 15. The Court expressly advised him that failure to respond to the Order would result in dismissal. *Id.* at 2-3 (citing Fed. R. Civ. P. 41(b)). The deadline passed over a month ago without any response. *See generally* docket. He has, therefore, failed to comply with the Court's Order and failed to prosecute this case.

A district court retains the inherent power to police its docket and to enforce its orders. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir.

1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v. Tallahassee Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006).  Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court.  Fed. R. Civ. P. 41(b).  Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness."  S.D. Ga. L.R. 41.1(b), (c).  Chavez's failure to keep the Court apprised of his address and to respond to the Court's Order warrant dismissal.

Accordingly, Chavez's Complaint is **DISMISSED** for failing to obey a court order and to prosecute his case.  Doc. 1.  Defendant's Motions to Dismiss and to Stay are **DISMISSED** as moot.  Docs. 22 & 23.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 30th day of March, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA