AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ELIJAH HAWKE CHAVEZ,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-231

CORRECTIONAL OFFICER HENSON,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 30, 2023, Plaintiff's complaint is dismissed for failing to obey a court order and to prosecute his case. This case stands closed.

Approved by: _____
CHRISTOPHER L. RAY
United States Magistrate Judge
Southern District of Georgia

April 20, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020